478 A.2d 61

Commonwealth v. Stepongzi, Appellant.

Submitted April 2, 1984.

Steven B. Molder, for appellant; John L. Obrecht, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Order affirmed.